(9/96)

**ORIGINAL**

# UNITED STATES DISTRICT COURT

EASTERN District of MICHIGAN

ALAN R. King Jr
Plaintiff

V.

United States Government
Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE

Case: 2:09-cv-12719
Judge: Zatkoff, Lawrence P
MJ: Scheer, Donald A
Filed: 07-09-2009 At 05:06 PM
PRIS ALAN KING V UNITED STATES GOVERNMENT (LG)

I, ALAN R. King Jr. declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration Milan Federal Correctional Institution

   Are you employed at the institution? Yes   Do you receive any payment from the _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☒ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. $90.00 a month from Prison Industries

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment     ☐ Yes   ☒ No
   b. Rent payments, interest or dividends              ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes   ☒ No
   d. Disability or workers compensation payments       ☐ Yes   ☒ No
   e. Gifts or inheritances                             ☐ Yes   ☒ No
   f. Any other sources                                 ☒ Yes   ☐ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

Family and Friends from time to time may send me money for hygeine.

# Inmate Inquiry

PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 08297028 | Current Institution: | Milan FCI |
| Inmate Name: | KING, ALAN | Housing Unit: | MIL-F-B |
| Report Date: | 06/28/2009 | Living Quarters: | F07-022L |
| Report Time: | 3:35:30 PM | | |

General Information  |  Account Balances  |  Commissary History  |  Commissary Restrictions  |  Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 8639 |
| PAC #: | 230034948 |
| FRP Participation Status: | Participating |
| Arrived From: | FOR |
| Transferred To: | |
| Account Creation Date: | 5/24/2007 |
| Local Account Activation Date: | 9/19/2008 4:29:16 AM |
| Sort Codes: | |
| Last Account Update: | 6/28/2009 11:01:48 AM |
| Account Status: | Active |
| Phone Balance: | $0.12 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Unicor % | $0.00 | 50% |

## Account Balances

| | |
|---|---|
| Account Balance: | $85.12 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $85.12 |
| National 6 Months Deposits: | $2,071.19 |
| National 6 Months Withdrawals: | $2,041.18 |
| National 6 Months Avg Daily Balance: | $52.06 |
| Local Max. Balance - Prev. 30 Days: | $286.02 |
| Average Balance - Prev. 30 Days: | $40.79 |

*[handwritten: KH / Case Manager / K Henley / K Henley]*

## Commissary History

### Purchases

Validation Period Purchases: $170.90
YTD Purchases: $1,911.09
Last Sales Date: 6/25/2009 11:22:41 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Bi-Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $170.90
Remaining Spending Limit: $119.10

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

## Comments

Comments: