# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

Alan R. King Jr.,
    Plaintiff,

vs.

Case: 2:09-cv-12719
Judge: Zatkoff, Lawrence P
MJ: Scheer, Donald A
Filed: 07-09-2009 At 05:06 PM
PRIS ALAN KING V UNITED STATES GOVERNMENT (LG)

United States,
    Defendant(s).

## MOTION FOR APPOINTMENT OF COUNSEL

I, Alan R. King Jr., hereby apply for appointment of counsel. In support of my motion, I state:

(1) I am the plaintiff in the above-entitled case and I believe I am entitled to redress.

(2) Because of my poverty, I am unable to pay attorney fees.

(3) I have made diligent efforts to obtain legal counsel but because of my poverty I have been unable to secure same.

(4) I lack the necessary knowledge to litigate this sort of civil matter because of all the complex issues.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 28, 2009.

_____
Signature of Plaintiff