**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ALAN KING, JR.,

    Plaintiff,

                                            Case No. 09-12719
v.                                              Hon. Lawrence P. Zatkoff

UNITED STATES GOVERNMENT,

    Defendant.

_____/

## **ORDER**

Plaintiff submitted his complaint and application to proceed without prepayment of fees on July 9, 2009. The Court has reviewed Plaintiff's complaint and application and has determined that it satisfies the criteria of 28 U.S.C. § 1915. Therefore, Plaintiff's application to proceed without prepayment of fees [dkt 2] is GRANTED.

Plaintiff also filed a motion to appoint counsel [dkt 3]. "Appointment of counsel in a civil case is not a constitutional right. It is a privilege that is justified only by exceptional circumstances." *Lavado v. Keohane*, 992 F.2d 601, 605–06 (6th Cir. 1993) (citations omitted). Plaintiff has not shown that exceptional circumstances warranting the appointment of counsel exist in this case. Therefore, Plaintiff's motion to appoint counsel [dkt 3] is DENIED.

IT IS SO ORDERED

                                                                  s/Lawrence P. Zatkoff
                                                                  LAWRENCE P. ZATKOFF
                                                                  UNITED STATES DISTRICT JUDGE

Dated: July 31, 2009

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on July 31, 2009.

                                            s/Marie E. Verlinde
                                            Case Manager
                                            (810) 984-3290