UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Alan King,

                         Plaintiff(s),

v.                                                     Case No. 2:09-cv-12719-LPZ-DAS
                                                                  Hon. Lawrence P Zatkoff

United States Government,

                         Defendant(s).

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

   **IT IS ORDERED** that this matter is referred to United States Magistrate Judge Donald A Scheer for the following purpose(s):

- **Conduct all pretrial proceedings**

                                                            s/ Lawrence P Zatkoff
                                                             Lawrence P Zatkoff
                                                             United States District Judge

**Certificate of Service**

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                             s/ M. Verlinde
                                                             Deputy Clerk

Dated:   August 5, 2009