**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

ALAN R. KING, JR.                                                                                            PLAINTIFF
REG. #08297-028

V.                                          NO: 2:09CV00163 JMM/HDY

USA                                                                                                                  DEFENDANT

### ORDER

Plaintiff filed this complaint on July 9, 2009, in the United States District Court in the United States District Court for the Eastern District of Michigan, and the case has been transferred to this Court. Construing Plaintiff's complaint liberally, the Court concludes that, for screening purposes, Plaintiff states a cognizable claim for relief against Defendant, and will order service.

IT IS THEREFORE ORDERED THAT service is appropriate on Defendant, and the United States Marshal is directed to serve a copy of the complaint (docket entry #1), this order, and summons, upon Defendant, the United States Attorney General, and the United States Attorney for this district, without prepayment of fees and costs or security therefor.

DATED this __5__ day of November, 2009.

_____
UNITED STATES MAGISTRATE JUDGE