FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 16 2009

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

RECEIVED
MAIL ROOM
NOV 16 2009
U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

Alan R. King Jr, Plaintiff

V.

USA, Defendant

NO: 2:09 CV 00163 JMM/HDY

## MOTION FOR APPOINTMENT OF COUNSEL

I, Alan R. King Jr, declare that I am the plaintiff in the above entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this.

In support of my motion, I declare that I have made attempts to retain counsel to represent me in this proceeding by sending out letters.

I have been granted to proceed In Forma Pauperis and it is a true and correct representation of my financial status.

Due to the complex nature of this case I cannot represent myself. I don't have the resources to litigate such a case on my own. This matter was transferred from U.S. Court in Eastern Michigan and the laws are now

govern by ARKANSAS law. I am not familiar with all of the rules and regulations pertaining to ARKANSAS law in civil tort claims. There are also legal issues at hand that deal with official and unofficial capacity of the officer that can be consolidated with the above proceeding.

There are deadlines for motions and discovery issues that I am not capable of doing.

There is also alot of important documents concerning this case but because this case involves a prison guard and I am still in the custody of the F.B.O.P. they will not allow me to have them in my poceession for security reasons. Therefore this is limiting me to present the best case possible.

I declare under penalty that the foregoing is true and correct.

11-10-09

Alan R. K
#08297-028
Federal Correctional Institution
P.O. Box 1000
Milan, MI 48160