# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Alan R King, Jr., Reg #08297-028 | 2:09cv00163 JMM/HDY |
| **DEFENDANT** | **TYPE OF PROCESS** |
| United States of America | Summons/Complt |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

U.S. Attorney

**AT** ADDRESS *Street or RFD, Apartment No., City, State and ZIP Code)*

Post Office Box 1229       Little Rock, Ar 72203-1229

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Alan R King, Jr., Reg #08297-028
Milan Federal Correctional Institution
Post Office Box 1000
Milan, MI 48160

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbem, and Estimated Times Available For Service):
Fold                                                                                       Fold

FILED U.S. DIST. EASTERN DIST ARKANSAS NOV 18 2009 JAMES W. McCORMACK CLERK By: _____ DEP CLERK

Signature of Attorney or other Originator requesting service on behalf of:
/s/ Lorna Jones, Deputy Clerk

☐ PLAINTIFF
☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
|  | 11/5/2009 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 09 | District to Serve No. 09 | Signature of Authorized USMS Deputy or Clerk | Date 11-6-9 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if nor shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | am/pm |
|---|---|---|
| 11/12/9 | 1200 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (includmg endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

**REMARKS:**

PRIOR EDITIONS MAY BE USED        **1. CLERK OF THE COURT**        FORM USM-285 (Rev. 12/15/80)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>James John | C. Date of Delivery<br>1-12-0_ |
| 1. Article Addressed to:<br><br>US Attorney<br>PO Box 1229<br>Little Rock, AR 72203-1229 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. | |
| 2:09CV00163 | 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7008 1300 0001 1433 8261 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |