**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

ALAN R. KING, JR.                                                                                              PLAINTIFF
REG. #08297-028

V.                              NO: 2:09CV00163 JMM/HDY

USA                                                                                                                    DEFENDANT

## ORDER

Plaintiff, currently held at the Federal Correctional Institution in Milan, Michigan, filed a *pro se* complaint on July 9, 2009. Now pending is Plaintiff's motion for appointment of counsel (docket entry #11).

It is well settled that a *pro se* litigant has no statutory or constitutional right to have counsel appointed in a civil case. *Stevens v. Redwing*, 146 F.3d 538, 546 (8th Cir. 1998). However, the Court may, in its discretion, appoint counsel for a *pro se* prisoner if it is convinced that he has stated a non-frivolous claim and that the nature of the litigation is such that the plaintiff, as well as the Court, will benefit from the assistance of counsel. *Johnson v. Williams*, 788 F.2d 1319, 1322 (8th Cir. 1986). In making this determination, the Court must weigh and consider the following factors: (1) the factual and legal complexity of the case; (2) the plaintiff's ability to investigate the facts; (3) the presence or absence of conflicting testimony; and (4) the plaintiff's ability to present his claims. *Id*. at 1322-23. These factors are not an exclusive checklist, and the "weight to be given any one factor will vary with the case." *Id*. at 1323; *see also Stevens*, 146 F.3d at 546; *Davis v. Scott*, 94 F.3d 444, 447 (8th Cir. 1996).

Plaintiff's claims are not legally or factually complex. Furthermore, it appears from the

record that Plaintiff is capable of presenting his claims without the benefit of appointed counsel. Thus, the Court concludes that the pertinent factors do not weigh in favor of appointment of counsel at this time.

IT IS THEREFORE ORDERED THAT Plaintiff's motion for appointment of counsel (docket entry #11) is DENIED.

DATED this __24__ day of November, 2009.

UNITED STATES MAGISTRATE JUDGE