IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

ALAN R. KING, JR.                                                      PLAINTIFF

V.                NO.: 2:09CV00163 JMM/HDY

UNITED STATES OF AMERICA                            DEFENDANT

**NOTICE OF APPEARANCE**

The undersigned hereby respectfully enters his appearance as counsel of record for the Defendant and is an attorney of record in good standing with this Court.

                                                    Respectfully submitted,

                                                    JANE W. DUKE
                                                    UNITED STATES ATTORNEY

By:    /s/ Jeffrey P. LaVicka
        JEFFREY P. LA VICKA
        ASSISTANT U.S. ATTORNEY
        (AB # 2002079)
        P.O. Box 1229
        Little Rock, AR 72203
        (501) 340-2600
        jeff.lavicka@usdoj.gov

        ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 8, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system; and

      I hereby certify that on January 8, 2010, I mailed the document by United States Postal Service to the following non CM/ECF participant:

Alan R. King, Jr., PRO SE  
Reg. # 08297-028  
Milan Federal Correctional Institution  
Post Office Box 1000  
Milan, MI 48160

                                           /s/ Jeffrey P. LaVicka  
                                           JEFFREY P. LA VICKA  
                                           ASSISTANT U.S. ATTORNEY