IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

ALAN R. KING, JR.                                                                                          PLAINTIFF

V.                                    NO.: 2:09CV00163 JMM/HDY

UNITED STATES OF AMERICA                                                                    DEFENDANT

## MOTION TO DISMISS

NOW COMES the United States of America ("Defendant"), by and through Jane W. Duke, United States Attorney for the Eastern District of Arkansas, and Jeffrey P. LaVicka, Assistant United States Attorney for said District, and respectfully brings this Motion, as follows:

1. Plaintiff's assault-related tort claims fail to allege assaults committed by a federal law enforcement officer incident to a search, seizure, or arrest.

2. Plaintiff's assault-related tort allegations, brought under the Federal Tort Claims Act ("FTCA") must be dismissed for failing to state a claim which would vest this Court with subject matter jurisdiction.

3. Constitutional tort claims may not be brought under the FTCA.

4. Plaintiff's constitutional tort claims, brought pursuant to the FTCA, must be dismissed for failing to state a claim which would vest this Court with subject matter jurisdiction.

WHEREFORE, as set forth in the Brief in Support of this Motion, as Plaintiff brings his Complaint pursuant to the FTCA and fails to allege that the alleged assaults were incident to a search, seizure, or arrest, and as Plaintiff's constitutional tort allegations may not be brought under the FTCA, Defendant respectfully submits that the Complaint must be dismissed for

failing to state a claim which vests this Court with subject matter jurisdiction.

                Respectfully submitted,

                JANE W. DUKE
                UNITED STATES ATTORNEY

By:   /s/ Jeffrey P. LaVicka
      JEFFREY P. LA VICKA
      ASSISTANT U.S. ATTORNEY
      (AB # 2002079)
      P.O. Box 1229
      Little Rock, AR 72203
      (501) 340-2600
      jeff.lavicka@usdoj.gov

      ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

    I hereby certify that on January 8, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system; and

    I hereby certify that on January 8, 2010, I mailed the document by United States Postal Service to the following non CM/ECF participant:

Alan R. King, Jr., PRO SE
Reg. # 08297-028
Milan Federal Correctional Institution
Post Office Box 1000
Milan, MI 48160

      /s/ Jeffrey P. LaVicka
      JEFFREY P. LA VICKA
      ASSISTANT U.S. ATTORNEY