IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 19 2010
JAMES W. McCORMACK, CLERK
BY: _____ DEP CL

ALAN R. KING, JR., plaintiff

V.                    NO: 2:09 CV 00163 JMM/HDY

UNITED STATES OF AMERICA, defendant

## REQUEST TO AMEND COMPLAINT

Now comes the plaintiff Alan R. King, Jr, and respectfully ask that this court allow him to Amend Complaint in the above matter, as follows:

1. Plaintiff will like to bring to the courts attention that he has filed these proceedings pro se. Boag v Mac Dougall, 454. US. 364, 70 L.Ed 2d 551, 102 S Ct 700 (1982), pleadings filed by individuals representing themselves are held to a less stringent standard than those prepared by attorneys.

2. Plaintiff state constitutional tort claims in the complaint and now realize that these sort of claims cannot be brought under FTCA and that the proper avenue for these sort of claims would be a Bivens action 28 USC 1331.

3. Plaintiff ask this court to Amend complaint to add a Bivens action under 28 USC 1331 for the constitutional tort claims in the complaint against Federal Officer Steven Melton in his individual capacity. Carlson v. Green, 446, U.S. 14, 20, 64 LEd. 2d 15, 100 S. ct. 1468 (1980). The issue there was whether a Bivens-type action

could be maintained against a prison official who allegedly violated a prisoners Eight Amendment rights etc. The court noted that Bivens-type actions may be defeated where, inter alia, "Congress has provided an alternative remedy which it explicitly declared to be a substitute for recovery directly under the Constitution and viewed as equally effective." 446. U.S. at 18-19. In the absence of a contrary expression from Congress, 2680(h) thus contemplates that victims of the kind of intentional wrongdoing alleged in plaintiff complaint shall have an action under FTCA against the U.S. as well as a Bivens action against the individual official alleged to have infringed their constitutional rights.

4. In most cases if party moves for dismissal pursuant to Fed. R.Civ. P. 12(b)(6) and the opposing party amendment can bring the complaint within the scope of the law the courts can allow.

Wherefore, as set in this motion, plaintiff respectfully submits that the Complaint should be amended to show the plaintiffs constitutional tort claims be brought under Bivens action 28 USC 1331 against Officer Steven Melton in his individual capacity. With this amendment court has subject matter jurisdiction and complaint should not be dismissed. Plaintiff reminds the court that he is not a trained attorney and that he has filed a motion for appointment of counsel to

assist in the following proceedings but motion was denied. With that said and all of the above plaintiff prays that this amendment is granted and complaints will proceed on.

Respectfully Submitted,

*Alan R.K.*, Plaintiff

Alan R. King, Jr., Pro Se
#08297-028
Milan Federal Correctional Institution
P.O. Box 1000
Milan, MI 48160

## Certificate of Service

I hereby certify that on January 13, 2010, I mailed the foregoing first class mail to Attorney of Defendant:

Jeffrey P. La Vicka
Assistant U.S. Attorney (AB #2002029)
P.O. Box 1229
Little Rock, AR 72203

*Alan R.K.*
ALAN R. King Jr. Pro Se

3 of 3