RECEIVED
MAIL ROOM
FEB 10 2010
U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT
FEB 10 2010
JAMES W. McCORMACK
BY:

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

Alan R King Jr, Plaintiff

v.    NO: 2:09 CV 00163 JMM/HDY

USA, defendant

## MOTION FOR APPOINTMENT OF COUNSEL

I, Alan R. King Jr, declare that I am the plaintiff in the above entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request to Court to appoint counsel to represent me in this proceeding.

I state the following in support of my motion.

1. I declare that I have made attempts to retain counsel to represent me in this proceeding by sending out letters.

2. I have been granted to proceed In Forma Pauperis and it is a true and correct representation of my financial status.

3. I filed a motion with this court on Nov. 16, 2009 to appoint counsel due to the complex nature of my case. On Nov. 24, 2009 this court denied my motion for counsel stating that the pertinent factors do not weigh in favor of appointment of counsel at that time. Plaintiff would like to bring to this courts attention that he strongly feels that the time has definitely come for appointment of counsel and pray that the court will agree.

-1-

4. Defendants filed a motion to dismiss on Jan. 8, 2010 and plaintiff filed a motion to amend complaint and opposition to motion to dismiss on Jan. 19, 2010. Plaintiff then received Defendants response in opposition to plaintiff request to Amend Complaint. Defendants state that if granted that plaintiff complaint should be dismissed for lack of service.

5. Plaintiff would like to point out that in his motion for appointment of counsel filed Nov. 16, 2009 he stated "There are also legal issues at hand that deal with official and unofficial capacity of the officer that can be consolidated with the above proceeding." Court is reminded that Plaintiff is not an attorney but the above statement made the court aware on Nov. 16, 2009 that the plaintiff wanted to litigate both in official capacity and Bivens type action for individual capacity against the federal officer. Plaintiff also stated in that motion that he is not familiar with all the rules and regulations pertaining to Arkansas law in civil tort claims.

6. Plaintiff would like to state that he thought when the case was transferred to Arkansas from Michigan that the 120 days of service would start from the time is was transferred. In the Magistrates Report and Recommendation filed Aug. 27, 2009 in the Eastern District of Michigan page 2 state that "before service is completed, the instant matter should be moved to the Eastern District of Arkansas."

7. Plaintiff respectfully acknowledge that court have discretion on whether to appoint counsel for pro se prisoner. The court must weigh and consider the factors in Jonson v Williams, 788 F.2d 1319, 1322-23 (8th Cir. 1986) Plaintiff case is clearly now more legally complex, plaintiff doesn't have the ability to investigate the facts and present claims to the court as they should and time frame. That there

-2-

is clearly conflicting circumstances that exist. That an attorney that is schooled and trained would be able to litigate and further protect my rights. Plaintiff indeed want to have a proceeding under both FTCA and Bivens type action which is permitted by law.

8. Plaintiff would like to point out that the following proceedings are very complex with all the rules that govern a FTCA and Bivens action under Fed. Civ. Procedure.

Wherefore Plaintiff prays that this court grant motion for appointment of counsel to further assist in these proceedings.

I declare under Penalty that the foregoing is true and correct, and grant Plaintiff all appropriate relief to which it is entitled.

Respectfully Submitted,

Alan R—

ALAN R. KING # 03397-028
Federal Correctional Institution
P.O. Box 1000
MILAN, MI 48160
Plaintiff

## Certificate of Service

I hereby certify that on February 2, 2010, I mailed the foregoing using the United States Postal Service via first class mail to:
Jeffrey P. LaVicka, ATTORNEY FOR DEFENDANT
Ass. U.S. ATTORNEY
P.O. Box 1229
Little Rock, AR 72203