IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

ALAN R. KING, JR.                                                                                  PLAINTIFF
REG. #08297-028

V.                              NO: 2:09CV00163 JMM/HDY

USA                                                                                                DEFENDANT

## ORDER

Plaintiff filed this *pro se* complaint on July 9, 2009. On November 24, 2009, the Court denied Plaintiff's motion for anointment of counsel (docket entry #13). On February 10, 2010, Plaintiff filed another motion for appointment of counsel (docket entry #22). However, Plaintiff's most recent motion provides no reason for the Court to believe that the prior decision should be modified.

IT IS THEREFORE ORDERED THAT Plaintiff's motion for appointment of counsel (docket entry #22) is DENIED.

DATED this   17   day of February, 2010.

_____
UNITED STATES MAGISTRATE JUDGE