**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

ALAN R. KING, JR.                                                                                    PLAINTIFF
REG. #08297-028

V.                                        NO: 2:09CV00163 JMM/HDY

USA                                                                                                      DEFENDANT

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as to plaintiff's Motion to Amend. In light of issues raised by plaintiff in his objections, the Court will refer back to the Magistrate Judge the USA's Motion to Dismiss.

IT IS THEREFORE ORDERED THAT:

1. Defendant USA's motion to dismiss (docket entry #17) is referred back to the Magistrate Judge for appropriate action.

2. Plaintiff's motion to amend (docket entry #20) is granted, and the Clerk is directed to add the name of Steven Melton as a Defendant.

3. Service is appropriate for Defendant Steven Melton, and the United States Marshal is directed to serve a copy of the complaint (docket entry #1), amended complaint (docket entry #20), this order, and summons, upon Defendant Steven Melton, the United States Attorney General, and the United States Attorney for this district, without prepayment of fees and costs or security therefor.

DATED this __4__ day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE