RECEIVED
MAIL ROOM

MAR 18 2010

U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 18 2010

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

ALAN R. KING, JR.                                                PLAINTIFF
REG. #08297-028

V.                     NO:  2:09CV00163 JMM/HDY

USA                                                            DEFENDANT

### LEAVE TO AMEND

    Comes now Plaintiff, Alan R. King Jr., petitions the court to leave to amend the Bivens style complaint, and state the following in support of motion.

    1. On March 4, 2010, U.S. District Judge ordered Plaintiff's motion to amend granted that added the name of Steven Melton to be sued in his individual capacity under a Bivens type action pursuant to 28 USC 1331.

    2. Now that the Bivens action is proceeding, Plaintiff needs to add the names of T.C. Outlaw (Warden of Forrest City FCI) and Eric Thompson (S.I.A. Lt. of Forrest City FCI), both in their individual capacity to that of Steven Meltons.

    3. Plaintiff needs both names added due to the constitutional tort claims of deliberate indifference to Plaintiff's medical needs in violation of the Eighth Amendment of the U.S. Constitution.

    4. When Plaintiff first reported his medical injuries from

assault of staff to the SIS department, it was their responsibility to have Plaintiff examined immediately. The Warden, T.C. Outlaw, was aware of the claim of assault and he too failed to have Plaintiff examined and treated.

5. Any time that there is a complaint of assault by officer to inmate the SIS unit is to take control of the situation and see to inmate given medical treatment.

6. Plaintiff wasn't treated until four months later, which left him with permanent damages because of untreating soon after assault.

Wherefore, the Plaintiff asks that the court amend Bivens type complaint to add the names of T.C. Outlaw, and Eric Thompson for the above reasons.

                                    Respectfully submitted,

                                    /s/ Alan R. King, Jr.
                                    Alan R. King, Jr.
                                    08297-028
                                    FCI Milan
                                    P.O. Box 1000
                                    Milan, MI  48160

CERTIFICATE OF SERVICE

I hereby certify that on March _15_, 2010, a copy of the foregoing was mailed by first class U.S. Mail, postage prepaid and properly addressed to the following:

    Jeffrey P. La Vicka, Atty for Defendant
    Assistant U.S. Attorney
    P.O. Box 1229
    Little Rock, AR  72203

 

_____
Alan R. King, Jr.
08297-028
FCI Milan
P.O. Box 1000
Milan, MI  48160