# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Alan R. King, Jr., Reg. #08297-028 | 2:09-cv-00163-JMM-HDY |// 
| **DEFENDANT** | **TYPE OF PROCESS** |
| USA, et al | sm./complt/amd.complt. |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Jane Duke, U.S. Attorney, Eastern District of Arkansas

**ADDRESS** (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** P.O. Box 1229     Little Rock, AR 72203

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Alan R. King, Jr., Reg. #08297-028
Inmate Mail/Parcels
P.O. Box 1000
Milan, MI 48160

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

*FILED U.S. DISTRICT COURT EASTERN DISTRICT ARKANSAS MAR 24 2010 JAMES W. McCORMACK, CLERK By: ___ DEP CLERK*

*RECEIVED 10 MAR 10 PM — U.S. MARSHAL EASTERN ARKANSAS*

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT

K. Phillips     TELEPHONE NUMBER (501) 604-5364     DATE 3/4/10

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 1 | District of Origin No.: — | District to Serve No.: — | Signature of Authorized USMS Deputy or Clerk | Date: 3-10-10

☐ I hereby certify and return that I ☐ have personally served, ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 3-15-10 | Time: 1200 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**REMARKS:**

Mail

PRIOR EDITIONS MAY BE USED     **1. CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jane Duke
United States Attorney
P.O. Box 1229
Little Rock, AR 72203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Same (ah)   3-15-10

D. Is delivery address different from item 1?   ☐ Yes   ☐ No
If YES, enter delivery address below:

2:09CV163

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7009 1410 0000 1976 9806

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540