**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

ALAN R. KING, JR.                                                                           PLAINTIFF
REG. #08297-028

V.                                             NO: 2:09CV00163 JMM/HDY

USA                                                                                          DEFENDANT

## ORDER

      Plaintiff was granted leave to amend his complaint on March 4, 2010, and service was

ordered for Defendant Steven Melton (docket entry #27).  However, the summons was returned

unexecuted on March 24, 2010, with a notation on the return indicating that Melton is no longer at

the Federal Correctional Institution in Forrest City (docket entry #33).  Accordingly, counsel for

Defendant USA is directed to file under seal, no later than 30 days after the entry of this order,

Melton's last known address.

      IT IS SO ORDERED this  25   day of March, 2010.


_____
UNITED STATES MAGISTRATE JUDGE