3-22-010



FILED
U.S. DISTRICT
EASTERN DISTRICT
MAR 25 2010
JAMES W. McCORM... CLERK
By:_____

Clerk of Court
U.S. District Court
Eastern District of Arkansas
600 W. Capitol Ave. Suite A-149
Little Rock, AR 72201

RE: NO: 2:09 CV00163 JMM/HDY, Change of Address

Dear Sir/Maam,

I would like to address the court that my address has changed effective 3-24-2010. Due to redesignation to a lower facility. My new address is as follow.

Alan R. King Jr. #08297-028
Terre Haute FCI-CAMP
P.O. Box 33
Terre Haute, IN 47808

Respectfully Submitted,
Alan R. King Jr.