**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

ALAN R. KING, JR.                                                                                            PLAINTIFF
REG. #08297-028

V.                                      NO: 2:09CV00163 JMM/HDY

USA                                                                                                                  DEFENDANT

## ORDER

Plaintiff filed this *pro se* complaint on July 9, 2009.  On November 24, 2009, the Court denied Plaintiff's motion for appointment of counsel (docket entry #13).  On February 17, 2010, Plaintiff's second motion for appointment of counsel was denied (docket entry #23).  Now pending is Plaintiff's third motion for appointment of counsel (docket entry #37).  Plaintiff's pending motion offers no reason for the Court to believe counsel should be appointed at this time.  Accordingly, Plaintiff's motion (docket entry #37) is DENIED.

IT IS SO ORDERED this   25   day of March, 2010.

_____
UNITED STATES MAGISTRATE JUDGE