IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 02 2010
JAMES W. McCORMACK, CLERK
By: _____ DEP CLER

Alan R. King Jr, plaintiff
#08297028
v.                                          NO: 2:09 CV 00163 JMM/HDY
USA, defendant

Plaintiff's Response to Defendants Opposition to Second Amend

Comes now the Plaintiff brings this response to the Defendants opposition to Plaintiff second motion for Leave to Amend and state the following:

1. The Court should freely give leave when justice so requires. Fed. R. Civ. P. 15(a)(1) and 15(a)(2.)

2. Plaintiff at this point is Pro-se and that the court should hold him to less stringent standards than those of an attorney.

3. Plaintiff has asked for appointment of attorney to help litigate this matter which a trained attorney could have seen all the necessary names and proper way to file.

4. Plaintiff didn't initially add the names of T.C. Outlaw, and Eric Thompson because Plaintiff thought in the beginning only the U.S.A had to be named. Once the amendment was granted to add Melton under a Bivens type Plaintiff read more into the laws governing Bivens action and saw the absolute need to add the names of T.C. Outlaw and Eric Thompson.

Whefore Plaintiff pray the request to amend is granted.

Respectfully Submitted,
Alan K

Alan R. King jr. #08297028
Terre Haute Camp
P.O. Box 33
Terre Haute, IN 47808