RECEIVED
MAIL ROOM
APR - 2 2010
U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 02 2010
JAMES W. McCORMACK, CLERK
By: _____ DEP CLER

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISON

Alan R. King, Jr., plaintiff
#08297-028
v.                                    NO: 2:09CV00163 JMM/HDY
USA, Defendant

## MOTION FOR EXTENSION OF TIME

Plaintiff was ordered to file briefs explaining position as to whether Plaintiff may bring a claim of assault and battery under FTCA and to also address how Plaintiff claim might be impacted by Arkansas Law.

Plaintiff was giving 30 days to file such briefs but would like to request an extension of time for the following reasons.

1. Plaintiff was recently sent to a new facility and all his legal mail and research materials still hasn't arrived yet. Plaintiff need all of this legal material to try and put the best possible brief together.

2. Plaintiff is appealing the magistrates denial of appointment of counsel and would need time for the court to make a ruling.

For the above stated reasons the plaintiff pray that the court grant an extension of 30 days.

Respectfully Submitted

Alan R. King 0829702
Terre Haute Camp
P.O. Box 33
Terre Haute, IN 47