```
Alan R King Jr Reg #08297-028
MILAN
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
Post Office Box 1000
Milan, MI 48160
```

**UNITED STATES DISTRICT COURT**
CLERK'S OFFICE
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL AVENUE
SUITE A-149
LITTLE ROCK, ARKANSAS 72201-3325

OFFICIAL BUSINESS

RETURN TO SENDER
☐ CANNOT IDENTIFY/NO#
☒ NOT AT INSTITUTION
☐ UNAUTHORIZED
☐ NO PACKAGE AUTHORIZATION
☐ UNAUTHORIZED CORRESPONDENCE
☐ OTHER _____

RECEIVED MAILROOM
APR - 5 2010
U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 05 2010
JAMES W. McCORMACK, CLERK
By: _____

NIXIE         482   DE 1         OO 04
        RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
     UNABLE TO FORWARD
BC: 72201332049        *0355-04891