## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

ALAN R. KING, JR.                                                                    PLAINTIFF
REG. #08297-028

V.                            NO: 2:09CV00163 JMM/HDY

USA                                                                     DEFENDANT

### ORDER

In response to a Court order, Defendant USA has filed under seal the last known address of Defendant Steven Melton (docket entry #53). Service is therefore appropriate, and will be attempted at the address provided.

IT IS THEREFORE ORDERED THAT:

1. Steven Melton's last known address shall not be made part of any public record.

2. The Clerk of the Court shall prepare a summons for Steven Melton, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (docket entry #1), amended complaints (docket entries #20 & #31), and this order, on Steven Melton, at the addresses provided under seal, without prepayment of fees and costs or security therefor.

3. Upon re-issuance of the summons and complaint, the United States Marshal is hereby directed to send Plaintiff's copy of process to the Clerk of the Court, who shall then remove the address prior to forwarding a copy to Plaintiff.

DATED this __9__ day of April, 2010.

                                                                                  UNITED STATES MAGISTRATE JUDGE