IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

ALAN R. KING, JR.                                                                                           PLAINTIFF
Reg. # 08297-028

V.                                       2:09CV00163 JMM/HDY

UNITED STATES OF AMERICA;                                                                    DEFENDANTS
STEVEN MELTON; T.C. OUTLAW; and
ERIC THOMPSON

### DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO COURT'S ORDER REGARDING FTCA APPLICABILITY

NOW COMES the United States of America[1] ("Defendant"), by and through Jane W. Duke, United States Attorney for the Eastern District of Arkansas, and Jeffrey P. LaVicka, Assistant United States Attorney for said District, and respectfully brings this Reply, as follows:

1. On March 18, 2010, Plaintiff filed a Motion for Leave to Amend. *See* Docket Entry ("Doc.") # 31. Plaintiff sought to add T.C. Outlaw and Eric Thompson as Defendants, in their individual capacity, regarding alleged "constitutional tort claims of deliberate indifference to Plaintiff's medical needs in violation of the Eighth Amendment of the U.S. Constitution." *Id.*, ¶¶ 2-3.

2. On March 16, 2010, the Magistrate Judge, citing *Johnson v. United States*, 534 F.3d 958, 962 (8th Cir. 2008), Ordered the parties to brief their positions regarding whether Plaintiff may bring a claim of assault and battery under the Federal Tort

---

[1] The undersigned does not, and may not, represent the individually-named Defendants at this time. Once Defendants, sued only in their individual, personal capacities, are served with the Summons and Complaint, they may seek representation from the United States Department of Justice ("DOJ"). The undersigned only represents defendant "United States of America" at this stage of the litigation.

        Claims Act ("FTCA").[2] *See* Doc. # 29.

3.     On April 7, 2010, the Court granted Plaintiff's Motion to amend his Complaint to add T.C. Outlaw and Eric Thompson as individual Defendants, regarding their alleged constitutional violations, *supra* ¶ 1. *See* Doc. # 49.

4.     On April 7, 2010, Defendant filed a Response, pursuant to the Court's March 16, 2010 Order, regarding the applicability of the FTCA to Plaintiff's claims. *See* Doc. # 46.

5.     On April 16, 2010, Plaintiff filed his Response to the Court's Order regarding FTCA applicability. *See* Doc. #58. His Response alleges that the FTCA is applicable to his constitutional claims against recently-added defendants T.C. Outlaw and Eric Thompson. *See generally id.* Plaintiff is incorrect for the following reason, *infra*, ¶ 6.

6.     The FTCA is inapplicable to constitutional torts, and although Plaintiff has added T.C. Outlaw and Eric Thompson as individual capacity defendants, under *Bivens*,[3] he may not seek relief under the FTCA against any of the defendants for any alleged constitutional violations. The FTCA does not waive sovereign immunity for constitutional tort claims. *See Washington v. Drug Enforcement Admin.*, 183

---

[2]Steven Melton was the only individually named Defendant (in addition to the United States of America) when the Court issued this Order. *See* Doc. # 27 (March 4, 2010 Order allowing Plaintiff to amend his Complaint to add Steven Melton as a defendant).

[3]*Bivens v. Six Unknown Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). A *Bivens* action is "the federal law analogous to § 1983[.]" *Sanchez v. United States*, 49 F.3d 1329, 1330 (8th Cir. 1995) (quoting *Vennes v. An Unknown Number of Unidentified Agents*, 26 F.3d 1448, 1452 (8th Cir. 1994)).

F.3d 868, 875 (8th Cir. 1999) ("constitutional torts cannot be remedied under the FTCA").

                          Respectfully submitted,

                          JANE W. DUKE
                          UNITED STATES ATTORNEY

By:   /s/ Jeffrey P. LaVicka
       JEFFREY P. LA VICKA
       ASSISTANT U.S. ATTORNEY
       (AR # 2002079)
       P.O. Box 1229
       Little Rock, AR 72203
       (501) 340-2600
       jeff.lavicka@usdoj.gov

                          ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

     I hereby certify that on April 19, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system; and

     I hereby certify that on April 19, 2010, I mailed the document by United States Postal Service to the following non CM/ECF participant:

Alan R. King, Jr., PRO SE
Reg. # 08297-028
Terre Haute FCI-Camp
P.O. Box 33
Terre Haute, IN 47808

                          /s/ Jeffrey P. LaVicka
                          JEFFREY P. LA VICKA
                          ASSISTANT U.S. ATTORNEY