**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Alan R. King., Jr., Reg. #08297-028 | 2:09-cv-00163-JMM-HDY |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| USA, et al | sm./complt/amd.complt. |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jane Duke, U.S. Attorney, Eastern District of Arkansas

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** P.O. Box 1229    Little Rock, AR 72203

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Alan R. King., Jr., Reg. #08297-028
Terre Haute FCI
P.O. Box 33
Terre Haute, IN 47808

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Altemsre Addresses, All Telephone Numbem, and Estimated Times Available For Service):

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 30 2010
JAMES W. McCORMACK, CLERK
By: ___ DEP CLERK

2010 APR 12

Signature of Attorney or other Originator requesting service on behalf of:
K. Phillips
☑ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (501) 604-5351
DATE: 4/8/10

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 09
District to Serve No. 09
Signature of Authorized USMS Deputy or Clerk
Date: 4-12-10

I hereby certify and return that I ☐ have personally served, ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if nor shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 4-22-10
Time: 1200 am/pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (includmg endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

Mail

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>_[illegible]_   4-28-1 |
| 1. Article Addressed to:<br><br>Jane Duke<br>United States Attorney<br>P.O. Box 1229<br>Little Rock, AR 72203 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:09 CV 163<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7009 2250 0002 6830 2639 |

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540