**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

ALAN R. KING, JR.
REG. #08297-028                                                                                    PLAINTIFF

VS.                                    NO: 2:09CV00163 JMM/HDY

UNITED STATES OF AMERICA, ET AL                                                    DEFENDANT

**STEVEN MELTON'S ANSWER AND MOTION
TO DISMISS PLAINTIFF'S COMPLAINT**

COMES now, Defendant, Steven Melton (hereinafter referred to as "Melton" or "Defendant") in his individual capacity, by and through his attorneys, the Etoch Law Firm, and for his Answer and Motion to Dismiss Plaintiff's document titled Complaint for Damages (hereinafter referred to as "Complaint"), states:

1.      Regarding the paragraph on page 1 of the Complaint that appears to be an introductory paragraph, no response is required.  However, to the extent a response is required, Melton denies the material allegations in the introductory paragraph.

2.      Regarding the allegations contained in paragraph 1 of the Complaint, Melton denies the material allegations therein and specifically denies that jurisdiction in this case is proper under the Federal Tort Claims Act.

3.      Regarding the allegations contained in paragraph 2 of the Complaint, upon information and belief, Melton admits that Plaintiff is a federal prisoner.

4.      Melton is without sufficient knowledge or information to admit or deny the allegations in paragraph 3 of the Complaint and therefore denies the same.

5.      Melton denies the allegations contained in paragraph 4 of the Complaint.

6.      Melton denies the allegations contained in paragraph 5 of the Complaint.

7. Melton denies the allegations contained in paragraph 6 of the Complaint.

8. Melton denies the allegations contained in paragraph 7 of the Complaint.

9. Melton denies the allegations contained in paragraph 8 of the Complaint.

10. Melton denies the allegations contained in paragraph 9 of the Complaint.

11. Melton denies the allegations contained in paragraph 10 of the Complaint.

12. Melton denies the allegations contained in paragraph 11 of the Complaint.

13. Melton denies the allegations contained in paragraph 12 of the Complaint.

14. Melton denies the allegations contained in paragraph 13 of the Complaint.

15. Melton denies the allegations contained in paragraph 14 of the Complaint.

16. Melton denies the allegations contained in paragraph 15 of the Complaint.

17. Melton denies the allegations contained in paragraph 16 of the Complaint.

18. Melton is without sufficient knowledge or information to admit or deny the allegations in paragraph 17 of the Complaint and therefore denies the same.

19. Melton denies the allegations contained in paragraph 18 of the Complaint.

20. Melton is without sufficient knowledge or information to admit or deny the allegations in paragraph 19 of the Complaint and therefore denies the same.

21. Melton is without sufficient knowledge or information to admit or deny the allegations in paragraph 20 of the Complaint and therefore denies the same.

22. Melton is without sufficient knowledge or information to admit or deny the allegations in paragraph 21 of the Complaint and therefore denies the same.

23. Melton is without sufficient knowledge or information to admit or deny the allegations in paragraph 22 of the Complaint and therefore denies the same.

24. Melton is without sufficient knowledge or information to admit or deny the allegations in paragraph 23 of the Complaint and therefore denies the same.

25. Melton is without sufficient knowledge or information to admit or deny the allegations in paragraph 24 of the Complaint and therefore denies the same.

26. Melton denies the allegations contained in paragraph 25 of the Complaint.

27. Melton denies the allegations contained in paragraph 26 of the Complaint.

28. Melton is without sufficient knowledge or information to admit or deny the allegations in paragraph 27 of the Complaint and therefore denies the same.

29. Melton is without sufficient knowledge or information to admit or deny the allegations in paragraph 28 of the Complaint and therefore denies the same.

30. Melton denies the allegations contained in paragraph 29 of the Complaint.

31. Melton denies the allegations contained in paragraph 30 of the Complaint.

32. Melton denies the allegations contained in paragraph 31 of the Complaint.

33. Melton denies the allegations contained in paragraph 32 of the Complaint.

34. Melton denies the allegations contained in paragraph 33 of the Complaint.

35. Melton denies the allegations contained in paragraph 34 of the Complaint.

36. Melton denies that Plaintiff is entitled to any relief, including the relief requested in the unnumbered "Wherefore" clause (including paragraphs 35, 36 and 37) of the Complaint.

37. Melton requests a trial by jury.

38. Melton specifically and expressly denies each and every allegation not specifically admitted herein.

39. Melton asserts and reserves the right to file an amended answer or other appropriate pleadings and to allege any affirmative defenses that might be available to him after he has had a reasonable opportunity to investigate the allegations set forth in the Complaint.

## AFFIRMATIVE DEFENSES

40. Plaintiff's Complaint fails to state facts or a claim upon which relief may be granted. Melton is not even named as a defendant in the Complaint.

41. Melton states there is insufficient process and insufficient service of process.

42. Melton states he did not violate Plaintiff rights.

43. Melton states he is entitled immunity, including but not limited to, statutory, qualified and tort immunity.

44. Melton asserts privilege and justification to the extent they may apply.

WHEREFORE, PREMISES CONSIDERED, Melton having fully responded to the Complaint prays that same be dismissed with prejudice; that he recover his cost, a reasonable attorney's fee and all other relief he is entitled.

Respectfully submitted,
ETOCH LAW FIRM

By: /s/ Louis A. Etoch
Louis A. Etoch, Attorney, #89030
727 Cherry Street
Helena, AR 72342
Telephone: (870) 338-3591
Facsimile: (870) 338-7201
Email: louis@etochlaw.com

## CERTIFICATE OF SERVICE

      I, Louis A. Etoch, attorney for separate defendant Steven Melton, hereby certify that I have served via the ECF system a copy of the above and foregoing pleading this 7th day of May 2010 to the following persons

      Jeffrey Paul LaVicka  (jeff.lavicka@usdoj.gov)
      U. S. Attorney's Office - Little Rock
      Post Office Box 1229
      Little Rock, AR 72203-1229


I, the undersigned, have also served a copy of this pleading via postage prepaid, first class mail on this 7th day of May, 2010 to the following addressed persons:

      Alan King, Jr., #08297-028
      c/o Milan Federal Correctional Institution
      P.O. Box 1000
      Milan, MI  48160


      /s/     Louis A. Etoch