**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

ALAN R. KING, JR.
REG. #08297-028                                                                                          PLAINTIFF

VS.                             NO: 2:09CV00163 JMM/HDY

UNITED STATES OF AMERICA, ET AL                                                  DEFENDANT

ENTRY OF APPEARANCE AS ATTORNEY AND REQUEST FOR NOTICE

Comes now Louis A. Etoch, P.A., licensed attorney in the State of Arkansas, and represents to this Court that he has been retained by separate Defendant Steven Melton to represent him in this case.

WHEREFORE, PREMISES CONSIDERED, Attorney Louis Etoch prays that he be noted as counsel for separate Defendant Steven Melton herein, and that he be mailed a copy of any future notices or other documents generated in this matter.

> Respectfully submitted,
>
> ETOCH LAW FIRM
>
> By:  /s/ Louis A. Etoch
> Louis A. Etoch, Attorney, #89030
> 727 Cherry Street
> Helena, AR 72342
> Telephone: (870) 338-3591
> Facsimile: (870) 338-7201
> Email: louis@etochlaw.com

## CERTIFICATE OF SERVICE

I, Louis A. Etoch, attorney for separate defendant Steven Melton, hereby certify that I have served via the ECF system a copy of the above and foregoing pleading this 7th day of May 2010 to the following persons

Jeffrey Paul LaVicka  (jeff.lavicka@usdoj.gov)
U. S. Attorney's Office - Little Rock
Post Office Box 1229
Little Rock, AR 72203-1229


I, the undersigned, have also served a copy of this pleading via postage prepaid, first class mail on this 7th day of May, 2010 to the following addressed persons:

Alan King, Jr., #08297-028
c/o Milan Federal Correctional Institution
P.O. Box 1000
Milan, MI  48160

　　　　　　　　　　　　　　　　　　　　　　   /s/    Louis A. Etoch