IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 21 2010

JAMES W. McCORMACK, CLERK
By: _____
       DEP CLERK

Alan R. King Jr, Plaintiff

v.                                   2:09 CV 00163 JMM/HDY

United States of America et al, Defendants

## MOTION FOR DEFAULT JUDGEMENT AGAINST DEFENDANTS T.C. Outlaw and Eric Thompson

Now Comes Plaintiff Alan R. King Jr, and respectfully moves as follows:

1. On March 18, 2010, Plaintiff filed motion to Amend Complaint to bring Bivens action against T.C. Outlaw and Eric Thompson. The Court granted the Motion on April 7, 2010. Service on the defendants were perfected on April 26, 2010, as well as the United States Attorney General.

2. Pursuant to Fed. R. Civ. P. 12(a)(3), a responsive pleading from T.C. Outlaw and Eric Thompson was due on or about June 28, 2010.

3. Defendants T.C. Outlaw and Eric Thompson has failed to file a responsive pleading within the set time frame.

4. On July 12, 2010, over 70 days since the defendants were served U.S. Attorney for the Eastern District of Arkansas files a motion for extension of time to Respond to Bivens issues regarding Defendants Outlaw and Thompson.

5. Pursuant to Fed. R. Civ. P. 6(b)(1)(B) Court can grant an extension for an excusable neglect.

6. Plaintiff would ask the Court to deny any extension and enter default for Defendants Outlaw and Thompson.

7. Assistant U.S. Attorney Jeffrey LaVicka in his Motion clearly state that he or office represent the above mentioned Defendants Outlaw or Thompson.

-1-

8. There hasn't been any appearance filed on behalf of Defendants Outlaw or Thompson from Mr. LaVicka's office or any other law office. So any motion filed would be erroneous from Mr. LaVicka's office.

9. Defendants Outlaw and Thompson were well aware of these proceedings and knew when responsive pleadings were due. It is my understanding that these defendants have been sued before and know the process to receive representation of the U.S. Attorney.

10. Within the 60 days to respond Defendants could have asked for an extension but yet failed to do so.

11. An allegation other than one relating to the amount of damages is admitted if a responsive pleading is required and the allegations is not denied.

12. Rule 8(c) makes the pleadings of affirmative defenses mandatory. Failure to plead an affirmative defense in answer waives it for the duration of the lawsuit.

13. If court would allow extension Plaintiff would be prejudiced by said extension.

14. If court did grant extension Defendants should be sanctioned.

Wherefore, for the foregoing, Plaintiff ask that motion for extension of time be denied and default judgement be entered against Defendants T.C. Outlaw and Eric Thompson.

Respectfully Submitted,

Alan R. King Jr. #08297-028
Terre Haute FPC-Camp
P.O. Box 33
Terre Haute, IN 47808

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2010, I mailed the foregoing document by United States Postal Service to the following:

Louis A Etoch, Attorney
727 Cherry Street
Helena, AR 72342

Jeffrey La Vicka
United States Attorney OFFICE
425 W. Capitol Ave, Ste 500
Little Rock, AR 72201