**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

ALAN R. KING, JR.                                                                                      PLAINTIFF
REG. #08297-028

V.                                   NO: 2:09CV00163 JMM/HDY

USA                                                                                                         DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following partial recommended disposition has been sent to United States District Judge James M. Moody. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.    Why the record made before the Magistrate Judge is inadequate.

2.    Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

  3. The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

 Mail your objections and "Statement of Necessity" to:

  Clerk, United States District Court
  Eastern District of Arkansas
  600 West Capitol Avenue, Suite A149
  Little Rock, AR 72201-3325

## DISPOSITION

 Plaintiff Alan R. King, Jr., a former inmate at the Federal Correctional Institution in Forrest City, filed this complaint (docket entry #1), on July 9, 2009. On April 7, 2010, Plaintiff was granted leave to amend his complaint to add T.C. Outlaw and Eric Thompson as Defendants (docket entry #49). Service was ordered, and apparently perfected on April 26, 2010 (docket entry #65). On July 12, 2010, counsel for Defendant USA filed a motion to extend the time for Outlaw and Thompson to file an answer (docket entry #76). According to the motion, Outlaw and Thompson have requested representation by the United States Attorney, and are awaiting a decision on the request. Until such a determination is made, the United States Attorney is unable file a responsive pleading on their behalf. Plaintiff has filed a motion opposing the extension and seeking a default judgment (docket entry #78). For good cause shown, the motion to extend the time to respond should be granted. In light of the recommendation regarding the extension, Plaintiff's motion for default judgment should be denied.

IT IS THEREFORE RECOMMENDED THAT:

1. The motion for an extension of time for Defendants T.C. Outlaw and Eric Thompson to file a responsive pleading (docket entry #76) be GRANTED, and Outlaw and Thompson be granted 45 days from the entry of the Court's order to file their responsive pleading.

2. Plaintiff's motion for a default judgment (docket entry #78) be DENIED.

DATED this __22__ day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE