IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

ALAN R. KING, JR.     PLAINTIFF
REG. #08297-028

V.     NO: 2:09CV00163 JMM/HDY

USA     DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. The motion for an extension of time for Defendants T.C. Outlaw and Eric Thompson to file a responsive pleading (docket entry #76) is GRANTED, and Outlaw and Thompson are granted 45 days from the entry of this order to file their responsive pleading.

2. Plaintiff's motion for a default judgment (docket entry #78) is DENIED.

DATED this __9__ day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE