**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

ALAN R. KING, JR.                                                                                           PLAINTIFF
REG. #08297-028

V.                                              NO: 2:09CV00163 JMM

USA                                                                                                                DEFENDANT

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. The motion to dismiss filed by Defendant USA (docket entry #74) is GRANTED.

2. The motions for summary judgment filed by Defendants USA, T.C. Outlaw, and Eric Thompson (docket entry #86), and Steven Melton (docket entries #90 & #97) are GRANTED.

3. Plaintiff's *Bivens* claims against Defendants USA, T.C. Outlaw, Eric Thompson, and Steven Melton, are DISMISSED WITHOUT PREJUDICE.

4. Plaintiff's Federal Tort Claims Act claims against Defendant USA is DISMISSED WITH PREJUDICE.

DATED this   6   day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE