**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

ALAN R. KING, JR.                                                                                           PLAINTIFF
REG. #08297-028

V.                                               NO: 2:09CV00163 JMM

USA                                                                                                           DEFENDANT

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice with respect to Plaintiff's claims brought pursuant to *Bivens v. Six Unknown Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and with prejudice with respect to his claims brought pursuant to the Federal Tort Claims Act; the relief sought is denied.

DATED this   6   day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE